IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| JUSTON WALTRIP, ET AL. | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil No. 2:21-cv-00643-SMV-KRS |
| | § | |
| PILOT TRAVEL CENTERS, LLC, and PILOT CORPORATION | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

On this day the Court considered Plaintiffs' Unopposed Motion to Extend Time to File their Response to Defendants' Motion to Compel Arbitration, Motion to Enforce Class Action Waiver, and Motion to Dismiss. (*See* Dkt. 24). This Court having considered the unopposed motion is of the opinion that the Motion is **GRANTED**. Accordingly, it is hereby

**ORDERED** that Plaintiffs' deadline to file their response to Defendants' Motion to Compel Arbitration, Motion to Enforce Class Action Waiver, and Motion to Dismiss is **November 22, 2021**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE