IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| JUSTON WALTRIP, ET AL. | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil No. 2:21-cv-00643-SMV-KRS |
| PILOT TRAVEL CENTERS, LLC, and PILOT CORPORATION | § § § § | |
| *Defendants.* | § § | |

### ORDER

On this day the Court considered the Motion for Leave to Exceed Page Limitation with respect to their Response to Defendants' Motion to Compel Arbitration, Motion to Enforce Class Action Waiver, and Motion to Dismiss filed by Plaintiffs Juston Waltrip, Jonathan Winckler, Sergio Olivas, Melvin Sanchez, Nathaniel Cooley, Candelario Cordero-Jaime, Jeremiah Heisey, Daniel Madrid, Javier Martinez, Manuel Moreno, Andres Rocha, and McKannin Young (collectively the "Plaintiffs"). (*See* Dkt. 24). This Court, having considered the unopposed motion, is of the opinion that the Motion is **GRANTED**. Accordingly, it is hereby

**ORDERED** that Plaintiffs have leave to file a response not to exceed 30 pages.

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRAE JUDGE

| | |
|---|---|
| Respectfully submitted by, | Electronically approved on November 18, 2021 |
| */s/ Benjamin W. Allen*<br>Benjamin W. Allen<br>NM Federal Bar No. 21-37<br>Wallace & Allen, LLP<br>440 Louisiana, Suite 1500<br>Houston, Texas 77002<br>Telephone: (713) 227-1744<br>Facsimile: (713) 227-0104<br>ballen@wallaceallen.com<br><br>**COUNSEL FOR PLAINTIFFS** | Jessica D. Marshall, NM # 15-185<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>8801 Horizon Boulevard, Suite 300<br>Albuquerque, NM 87113<br>Telephone:    (505) 828-3600<br>Facsimile:     (505) 828-3900<br>jessica.marshall@lewisbrisbois.com<br><br>*/s/ Alan L. Rupe*<br>Alan L. Rupe, *Pro Hac Vice*<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1605 N. Waterfront Parkway, Suite 150<br>Witchita, KS 67206<br>Telephone:    (316) 609-7900<br>Facsimile:     (316) 462-5746<br>alan.rupe@lewisbrisbois.com<br><br>*Attorney for Defendant Pilot Travel Centers LLC and Pilot Corporation* |