IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JUSTON WALTRIP,**
**JONATHAN WINCKLER,**
**SERGIO OLIVAS, MELVIN SANCHEZ,**
**NATHANIEL COOLEY,**
**CANDELARIO CORDERO-JAIME,**
**JEREMIAH HEISEY, DANIEL MADRID,**
**JAVIER MARTINEZ, MANUEL MORENO,**
**ANDRES ROCHA, AND MCKANNIN YOUNG,**

    Plaintiffs,

v.                                                                                              No. 21-0643 SMV/KRS

**PILOT TRAVEL CENTERS, LLC, and**
**PILOT CORPORATION,**

    Defendants.

### ORDER SETTING MOTION HEARING

| | |
|---|---|
| **Location:** | AT&T Teleconference Line<br>Call-in number: 888-363-4734<br>Code: 4382538 |
| **Date and time:** | January 21, 2022, at 1:30 p.m. MST |
| **Matters to be heard:** | Defendants' Motion to Compel Arbitration, Motion to Enforce Class Action Waiver, and Motion to Dismiss [Doc. 24] |

**IT IS ORDERED** that a telephonic hearing is set on Defendants' Motion to Compel Arbitration, Motion to Enforce Class Action Waiver, and Motion to Dismiss. [Doc. 24]. The hearing is set for **January 21, 2022, at 1:30 p.m. MST.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**