UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| JUSTON WALTRIP, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> PILOT TRAVEL CENTERS LLC and PILOT CORPORATION, <br><br> Defendants. | Case No.: 2:21-cv-00643-SMV-KRS |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having before it the Motion to Withdraw of Alan L. Rupe as counsel, noting John Barber, Thomas Cortazzo, Jessica Marshall, Nima Darouian, and Nalee Xiong of Lewis Brisbois Bisgaard & Smith LLP will continue to represent Defendants, Pilot Travel Centers LLC and Pilot Corporation, finds the motion is well-taken.

It is Therefore Ordered that Alan L. Rupe is withdrawn as counsel for Defendants Pilot Travel Centers LLC and Pilot Corporation.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/ Alan L. Rupe
Alan L. Rupe, *Pro Hac Vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: 316-609-7900
Facsimile:  316-462-5746
alan.rupe@lewisbrisbois.com

*Attorney for Defendants*

4876-3046-5346.1