IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUSTON WALTRIP, et al.,

    Plaintiffs,

v.                                                                                                    No. 2:21-cv-643 JHR/KRS

PILOT TRAVEL CENTERS LLC and
PILOT CORPORATION,

    Defendants.

### SECOND ORDER TO NOTIFY COURT OF STATUS OF ARBITRATION

THIS MATTER is before the Court *sua sponte* and upon review of the record. On March 8, 2022, the presiding judge granted Defendants' Motion to Compel Arbitration and stayed this case pending completion of arbitration. (Doc. 58). On April 28, 2023, in response to the Court's Order to Notify Court of Status of Arbitration, the parties filed a notice stating Plaintiffs' arbitrations were pending, with final evidentiary hearing dates scheduled for October-November 2023. (Doc. 67). The Court again orders the parties to notify the Court of the status of the arbitration proceedings.

IT IS THEREFORE ORDERED that **by January 12, 2024**, the parties shall notify the Court in writing of the status of the arbitration proceedings.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE